# FILED

# UNITED STATES DISTRICT COURT

SEP 27 2019

for the

Western District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| MENDEZ, Laura Ann | ) |
| 10/31/1962 | ) |
|  | ) |
|  | ) |
| _Defendant(s)_ | ) |

Case No. DR-19-8787M-01

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2019-09-25_____ in the county of _____Maverick_____ in the
_____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 952 | Unlawfully, knowingly, and intentionally imported or cause to be imported a quantity of Methamphetamine, (5.34 kilograms), a Schedule I Controlled Substance |

This criminal complaint is based on these facts:

On September 25, 2019, Laura Ann MENDEZ entered into the United States from the Republic of Mexico through the Eagle Pass Port of Entry, Bridge #1, Eagle Pass, TX as the driver of a 2006 Chrysler Pacifica bearing Texas License Plate KNR9807.  Upon  inspection of the vehicle, U.S. Customs and Border Patrol Protection Officers discovered packages concealed within the door panels, that field tested positive for Methamphetamine.  The Methamphetamine produced a total weight of 5.34 kilograms.  After waiving her rights, Laura Ann MENDEZ admitting knowledge of the drugs concealed in the vehicle and stated that she was going to be paid $3,00 to transport drugs from the Republic of Mexico into the United States to San Antonio, TX.

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Clint D. Johnson, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  _____09/27/2019_____

_____
_Judge's signature_

City and state:  _____Del Rio, Texas_____

Collis White, United States Magistrate Judge
_Printed name and title_

**Victor Roberto Garcia**
**U.S. Magistrate Judge**