REDACTED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2019 OCT 23 PM 1:18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | Cause No. |
| v. | § § | **INDICTMENT** |
| LAURA ANN MENDEZ | § § § § § § § § § § § § § § § § | [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to Possess With Intent to Distribute Methamphetamine; COUNT TWO: 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession of Methamphetamine With Intent to Distribute; COUNT THREE: 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963, Conspiracy to Import Methamphetamine; COUNT FOUR: 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), Importation of Methamphetamine.] |

**DR19CR2646**

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846]

On or about September 25, 2019, in the Western District of Texas, Defendants,

LAURA ANN MENDEZ

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed with others known and unknown to the Grand Jury to possess with the intent to distribute a controlled substance, which offense involved a quantity of 500 grams or more of a substance containing a

detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A) and 846.

## COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(A)]

On or about September 25, 2019, in the Western District of Texas, Defendants,

LAURA ANN MENDEZ

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A).

## COUNT THREE
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963]

On or about September 25, 2019, in the Western District of Texas, Defendants,

LAURA ANN MENDEZ

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed with others known and unknown to the Grand Jury to import and cause to be imported a controlled substance, which offense involved a quantity of 500 grams or more of a substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(1), and 963.

## COUNT FOUR
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1)]

On or about September 25, 2019, in the Western District of Texas, Defendants,

LAURA ANN MENDEZ

did knowingly, intentionally and unlawfully import into the United States from the Republic of Mexico, a place outside of the United States, a controlled substance, which offense involved a quantity of 500 grams or more of a substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(1).

A TRUE BILL,
ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
JOSHUA B. BANISTER
Assistant United States Attorney

SEALED:
UNSEALED: XX

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: <u>MAVERICK</u>   USAO #: <u>2019R20142</u>

DATE: <u>OCTOBER 23, 2019</u>   MAG. CT. #: <u>DR19-8787M</u>

AUSA: <u>JOSHUA B. BANISTER</u>

DEFENDANT: <u>LAURA ANN MENDEZ</u>   **DR19CR2646**

CITIZENSHIP: <u>UNITED STATES</u>

INTERPRETER NEEDED: <u>YES</u>   LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>DALILA PADILLA PAXTON</u>

ADDRESS OF ATTORNEY: <u>2205 VETERANS BLVD., SUITE A-2, DEL RIO, TEXAS 78840</u>

DEFENDANT IS: <u>DETAINED</u>   DATE OF ARREST: <u>SEPTEMBER 25, 2019</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute Methamphetamine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with intent to distribute Methamphetamine; Count 3 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963, Conspiracy to Import Methamphetamine; Count 4 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), Importation of Methamphetamine;</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count: 10 to life years imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3