PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

FILED

MAY 26 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

U.S.A. vs. Laura Ann Mendez

Docket No.

[0542 2:19CR02646]-[001]

### Petition for Action on Conditions of Pretrial Release

COMES NOW Rodolfo Garcia, pretrial services/probation officer, presenting an official report upon the conduct of defendant Laura Ann Mendez,

who was placed under pretrial release supervision by the Honorable Henry J. -Bemporad, sitting in the court at San Antonio, Texas on the 25th date of November, 2019 under the following conditions:

> Condition No. 7 (h) - The defendant shall refrain from the use of any unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802 unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> The defendant is currently reporting to U. S. Pretrial Services in San Antonio, Texas. On May 21, 2020, the defendant provided a urine sample which tested positive for methamphetamine. The defendant admitted to buying and using methamphetamine "to cope with life."
> Assistant U. S. Attorney Joshua Bryan Banister is in agreement with this petition.
> The defendant is scheduled for Plea Hearing before U. S. District Judge Alia Moses on June 23, 2020.

PRAYING THAT THE COURT WILL ORDER: A warrant for arrest be issued and the defendant be brought before the Court to show cause why her bond should not be revoked.

ORDER OF COURT

Considered and ordered this 26th day of May, 2020 and ordered filed and made a part of the records in the above case.

Honorable Victor Roberto Garcia
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/26/2020

_____
U.S. Pretrial Services/Probation Officer

Place Del Rio, Texas