FILED

DEC 21 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | CRIMINAL NO. DR:19-CR-02646-AM |
| VS. | § | |
| | § | |
| LAURA ANN MENDEZ(1) | § | |

## ORDER

On this the __21__ day of __DEC__ 2020, came on to be considered SHAWN C. BROWN and ALEX J. SCHARFF's Motion to Substitute Counsel, and said motion is hereby:

(Granted)    (Denied)

_____
JUDGE PRESIDING