CJA 7 (Rev. 9/05)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America | **DOCKET NO.:** DR:19-CR-02646(1)-AM |
| vs. | **ORDER TERMINATING APPOINTMENT OF COUNSEL** ☐ |
| (1) Laura Ann Mendez<br>*Defendant* | **and/or** Check one or both<br>**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS** ☒ |

WHEREAS, **Dalila Padilla Paxton** was appointed as counsel for the above named defendant/petitioner, on ; and,

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation.

IT IS THEREFORE:

Check one or both

☐ **ORDERED** that the appointment of said counsel is hereby terminated.

☒ **AUTHORIZED/DIRECTED** that such funds in the amount of $ **3,678.40** be paid by said defendant/petitioner or by **Alex Scharf** as follows:

*(enter specific terms of payment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

To be paid within 30 days of this Order.

Dated this **21st day of December, 2020.**

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: COURT'S FILE    COURT APPOINTED COUNSEL    PERSON REPRESENTED    CLERK'S FILE